## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

York Road Realty Co., L.P.,                  :
                            Appellant         :
                                              :
        v.                                    :
                                              :
Cheltenham Township                           :        No. 1513 C.D. 2015

## **O R D E R**

NOW, April 20, 2016, upon consideration of appellant's application for reargument and appellee's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge